# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Morris aka James N. Morris, Sr.<br>　　　　　　Debtor(s)<br><br>JPMorgan Chase Bank, National Association, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br><br>James Morris aka James N. Morris, Sr.<br>　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-05127 JJT<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Amended Notice of Payment Change of JPMorgan Chase Bank, National Association (Claim # 12), which was filed with the Court on or about August 9, 2017.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　412-430-3594

August 31, 2017