# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Wilkes-Barre)

**In re:**
James Morris

**Case No.:** 15-05127

**Chapter:** 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  12

Now comes JPMorgan Chase Bank, National Association, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 01/14/2020. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/Edwin Hill

Vice President

JPMorgan Chase Bank, N.A.

Chase Records Center Attn: Correspondence Mail

700 Kansas Lane, Mail Code LA4-5555

Monroe LA 71203

866-243-5851

PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

Chapter 13 No. 15-05127
Judge: Robert N. Opel II

In re:
James Morris

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before February 06, 2020 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid

James Morris
9146 Brandywine Drive

Tobyhanna PA 18466

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid

Philip W. Stock
Attorney
706 Monroe Street

Stroudsburg PA 18360

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:  By U.S. Postal Service First Class Mail Postage Prepaid

Charles J DeHart, III (Trustee)
Trustee
8125 Adams Drive, Suite A

Hummelstown PA 17036

/s/Edwin Hill

Vice President