# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JAMES MORRIS                                     Case No.: 5-15-05127-RNO

                                                                         Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | WELLS FARGO |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 0845/PRE ARREARS/9146 BRANDYWINE DR |
| Property Address if applicable: | 9146 BRANDYWINE DRIVE, , TOBYHANNA, PA18466 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a.   Allowed prepetition arrearages:                                                   $1,238.92

b.   Prepetition arrearages paid by the Trustee:                                  $371.84

c.   Amount of postpetition fees, expenses, and charges recoverable
Under Bankruptcy Rule 3002.1(c):                                                 $0.00

d.   Amount of postpetition fees, expenses, and charges recoverable
Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:       $0.00

e.   Allowed postpetition arrearage:                                                 $0.00

f.   Postpetition arrearages paid by the Trustee:                                    $0.00

g.   Total b, d, f:                                                                                     $371.84

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 24, 2020 	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: WELLS FARGO
Court Claim Number: 10

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 9003192 | 07/07/2016 | $58.42    | $0.00    | $58.42     |
| 5200  | 9003273 | 08/04/2016 | $24.19    | $0.00    | $24.19     |
| 5200  | 9003355 | 09/01/2016 | $24.51    | $0.00    | $24.51     |
| 5200  | 9003435 | 10/05/2016 | $24.25    | $0.00    | $24.25     |
| 5200  | 9003517 | 11/02/2016 | $24.04    | $0.00    | $24.04     |
| 5200  | 9003600 | 12/06/2016 | $24.05    | $0.00    | $24.05     |
| 5200  | 9003682 | 01/12/2017 | $24.05    | $0.00    | $24.05     |
| 5200  | 9003682 | 02/03/2017 | $-24.05   | $0.00    | $-24.05    |
| 5200  | 9003761 | 02/08/2017 | $48.10    | $0.00    | $48.10     |
| 5200  | 9003836 | 03/09/2017 | $24.04    | $0.00    | $24.04     |
| 5200  | 9003912 | 04/12/2017 | $24.05    | $0.00    | $24.05     |
| 5200  | 9003912 | 05/05/2017 | $-24.05   | $0.00    | $-24.05    |
| 5200  | 9003990 | 05/11/2017 | $48.10    | $0.00    | $48.10     |
| 5200  | 9004073 | 06/13/2017 | $24.04    | $0.00    | $24.04     |
| 5200  | 9004146 | 07/06/2017 | $24.05    | $0.00    | $24.05     |
| 5200  | 9004226 | 08/10/2017 | $24.05    | $0.00    | $24.05     |
| 5200  | 9004305 | 09/19/2017 | $24.05    | $0.00    | $24.05     |
| 5200  | 0       | 10/02/2017 | $-24.05   | $0.00    | $-24.05    |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JAMES MORRIS    Case No.: 5-15-05127-RNO
                Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PHILIP W. STOCK, ESQUIRE<br>706 MONROE ST.<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| WELLS FARGO BANK, N.A.<br>HOME EQUITY GROUP<br>1 HOME CAMPUS- X2303-01A<br>DES MOINES, IA, 50328-0001 | SERVED BY 1ST CLASS MAIL |
| JAMES MORRIS<br>9146 BRANDYWINE DRIVE<br>TOBYHANNA, PA 18466 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 24, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com