United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James Morris  
    Debtor(s)

Case No. 15-05127-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Morris, 9146 Brandywine Drive, Tobyhanna, PA 18466-3603 |
| 4727672 | + | BBY CREDIT SERVICES, PO BOX 183195, COLUMBUS, OH 43218-3195 |
| 4738634 | + | Custom Building Systems, LLC, Attn: William D. French, President, 72 E. Market St., Middleburg, PA 17842-1064 |
| 5263703 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4727674 | + | MONROE COUNTY TAX CLAIM BUREAU, ROP10K PO BOX 7000, PROVIDENCE, RI 02940-7000 |
| 4727676 | + | WALTER A TILLEY III ESQUIRE, SUSQUEHANNA COMMERCE CENTER SUITE E600, 221 WEST PHILADELPHIA STREET, YORK, PA 17401-2991 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4734692 | | EDI: HNDA.COM | Sep 30 2020 23:23:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 4727671 | + | EDI: AMEREXPR.COM | Sep 30 2020 23:23:00 | AMEX, PO BOX 1270, NEWARK, NJ 07101-1270 |
| 4769524 | | EDI: BECKLEE.COM | Sep 30 2020 23:23:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4770496 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2020 19:26:00 | CITIZENS BANK. N.A., 1 Citizens Drive, Mail Stop ROP15B, Riverside, RI 02915 |
| 4833422 | | EDI: JPMORGANCHASE | Sep 30 2020 23:23:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4727673 | | EDI: JPMORGANCHASE | Sep 30 2020 23:23:00 | CHASE, PO BOX 15123, WILMINGTON, DE 19850 |
| 4753097 | + | EDI: MID8.COM | Sep 30 2020 23:23:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4738944 | + | Email/Text: MKnitter@monroecountypa.gov | Sep 30 2020 19:26:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 4774301 | | EDI: PRA.COM | Sep 30 2020 23:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4727675 | + | EDI: RMSC.COM | Sep 30 2020 23:23:00 | SYNCHRONY BANK, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 4727678 | + | EDI: WFFC.COM | Sep 30 2020 23:23:00 | WELLS FARGO BANK NA, PO BOX 5169, SIOUX FALLS, SD 57117-5169 |
| 4765488 | + | EDI: WFFC.COM | Sep 30 2020 23:23:00 | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 4727679 | + | EDI: WFFC.COM | Sep 30 2020 23:23:00 | WELLS FARGO CARD SERVICES, PO BOX |

| Recip ID | | | |
|---|---|---|---|
| 4774274 | EDI: WFFC.COM | Sep 30 2020 23:23:00 | 6412, CAROL STREAM, IL 60197-6412<br>Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 4771353 | + EDI: WFFC.COM | Sep 30 2020 23:23:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4727677 | | WALTER A TILLEY III ESQUIRE |
| cr | *+ | Custom Building Systems, LLC, Attn: William D. French, President, 72 E. Market St., Middleburg, PA 17842-1064 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Creditor Custom Building Systems LLC bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMorgan Chase Bank National Association bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Philip W. Stock | on behalf of Debtor 1 James Morris pwstock@ptd.net |
| Philip W. Stock | on behalf of Plaintiff James Morris pwstock@ptd.net |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James Morris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7436<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–05127–RNO | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Morris
aka James N. Morris Sr.

9/30/20

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**